IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORLANDO LARRY,

                                                    ORDER

                Petitioner,

                                                    18-cv-278-bbc

      v.

UNITED STATES OF AMERICA,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Orlando Larry has filed a motion to vacate his sentence, accompanied by 41 documents in support of his motion. Four of those documents, ## 4-22, 4-26, 4-27 and 4-30, would ordinarily be considered off limits to the United States: one is an ex parte order denying a motion by petitioner and the other three are letters from lawyers who represented petitioner in connection with his criminal case. The filing raises the question whether petitioner intended to make the documents publicly available, including to the Assistant United States Attorney opposing petitioner's motion.

Although it appears that this was petitioner's intent, I will instruct the clerk's office to keep the cited documents under seal until petitioner says specifically that this is his intention. If petitioner does not notify the court that the documents be unsealed, the documents will remain sealed and neither he nor the government will be permitted to make any reference to the documents in their arguments to the court.

1

ORDER

IT IS ORDERED that petitioner Orlando Larry may have until May 9, 2018, in which to advise the court whether it is his intention that four of the documents attached to his declaration, dkts. #4-22, 4-26, 4-27 and 4-30, be made public. I will delay setting a briefing schedule on petitioner's motion, dkt. #1, until petitioner has informed the court of his response in writing.

Entered this 25th day of April, 2018.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge