IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ORLANDO LARRY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-278-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Orlando Larry denying petitioner's motion for post conviction relief under 28 U.S.C. § 2255.

| s/ K. Frederickson, Deputy Clerk | October 24, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |