UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Orlando Larry
    Petitioner,

    v.

Case No. 18-CV-278-bbc

United States of America
    Respondent.

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioner, Orlando Larry, do hereby appeal to the United States Court of Appeals for the Seventh Circuit from the judgments entered in the above referenced action on October 23, 2018 and October 30, 2018.

Dated this 4th day of November 2018.

Respectfully Submitted,

Orlando Larry #08452-090
Orlando Larry
Federal Correctional Institution, Gilmer
P.O. Box 6000
Glenville, WV. 26351