IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORLANDO LARRY,

                                                                       ORDER

        Petitioner,

                                                             18-cv-278-bbc

     v.                                                          13-cr-130-bbc

UNITED STATES OF AMERICA,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Orlando Larry has filed a motion asking this court to designate the record on appeal to include a list of several documents in 13-cr-130-bbc and 18-cv-278-bbc that petitioner wants the court of appeals to consider on the appeal of his motion under 28 U.S.C. § 2255.

The request will be denied as unnecessary. The court of appeals has access to all docket entries in both cases and can review any document in either of petitioner's cases without any court designation.

Entered this 28th day of November, 2018.

                                  BY THE COURT:

                                  /s/

                              _____

                              BARBARA B. CRABB
                              District Judge